UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST C. WOODS, II,<br><br>                              Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Warden,<br><br>                              Respondent. | Case No.: 21-cv-01391-JLS-DEB<br><br>**ORDER DENYING MOTION FOR JUDICIAL NOTICE**<br><br><br>**[ECF No. 9]** |

Presently before the Court is a Motion for Judicial Notice filed by Petitioner Earnest C. Woods, II. (ECF No. 9.) In his motion, Petitioner requests that the Court grant him "leave to file . . . records of Senate Bill 775," and presumably, take judicial notice of them. (*Id.* at 1.)

Petitioner's Motion for Judicial Notice is hereby **DENIED**. As set forth by the Court in its October 27, 2021 Order dismissing the underlying Petition for Writ of Habeas Corpus, to the extent Petitioner wishes to challenge the length or duration of his confinement based on a challenge to his parole board determination, he may file a 28 U.S.C. § 2254 Petition in the Northern District of California. (ECF No. 7 at 6.) To the extent Petitioner wishes to pursue claims concerning the conditions of his confinement at San Quentin, he must file a new civil rights action pursuant to 42 U.S.C. § 1983 in the Northern District of California. (*Id.* at 6–7.) To the extent Petitioner is attempting to raise

1 claims challenging his 1987 conviction and sentence in San Diego Superior Court Case
2 No. CR 83908, Petitioner must first seek leave to file a successive petition from the Ninth
3 Circuit Court of Appeals.  (*Id.* at 7.)   <u>The Court will not entertain any further filings from
4 Petitioner absent an indication that the Ninth Circuit has granted Petitioner leave to file a
5 successive petition</u>.

**IT IS SO ORDERED.**

Dated:  November 3, 2021

*[signature]*
Hon. Janis L. Sammartino
United States District Judge